UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 98-137(4) DSD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

ALFREDO PRIETO,

        Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that Douglas Altman, Attorney ID 13845X, a member of the CJA Conflicts Panel for the District of Minnesota, is appointed under 18 U.S.C. § 3006A.

Dated: August 12, 2020

s/David S. Doty
David S. Doty, Judge
United States District Court